# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRYCE BREWER LAW FIRM, LLC**                                                              **PLAINTIFF**

v.                            **Case No. 4:22-cv-00120-KGB**

**REPUBLIC SERVICES, INC.,** *et al.*                                                       **DEFENDANTS**

## ORDER

     Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 104). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The action is dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

     It is so ordered this 22nd day of December, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge